### PHILLIPS *v.* SCHMITT.

HINES, J. The exception in this case is to a refusal to grant an interlocutory injunction. The evidence is in sharp conflict. In these circumstances we can not say that the trial judge abused his discretion in refusing the injunction sought.

*Judgment affirmed. All the Justices concur.*

No. 7110. JULY 11, 1929.

*David F. Pope,* for plaintiff. *F. M. Gleason,* for defendant.